# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | CompliancePath LTD | 2/2/2023 | 266152 | Check | $ 12,700.00 |
| Akorn Operating Company, LLC | CompliancePath LTD | 2/2/2023 | 266542 | Check | $ 3,150.00 |
|  |  |  |  |  | $ 15,850.00 |