# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO) |
| GEORGE MILLER, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATES OF AKORN HOLDING COMPANY, LLC, ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>COMPLIANCEPATH LTD.,<br><br>Defendants. | Adv. Pro. No. 25-50355 (KBO)<br><br>**Related Adv D.I.: 15** |

## NOTICE OF WITHDRAWAL OF
## CERTIFICATION OF NO OBJECTION

**PLEASE TAKE NOTICE** that Plaintiff George L. Miller, in his capacity as chapter 7 trustee of the bankruptcy estates for the above-captioned debtors, by and through his undersigned counsel, hereby withdraws the *Certification of No Objection to Plaintiffs Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* [Adv D.I. 15].

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

-2-

| | |
|---|---|
| Dated: October 28, 2025 | **SAUL EWING LLP** |
| | */s/ Evan T. Miller* |
| | Evan T. Miller (DE Bar No. 5364) |
| | Paige N. Topper (DE Bar No. 6470) |
| | 1201 N. Market Street, Suite 2300 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 421-6800 |
| | evan.miller@saul.com |
| | paige.topper@saul.com |
| | |
| | and |
| | |
| | Michelle G. Novick (*admitted pro hac vice*) |
| | 161 North Clark Street, Suite 4200 |
| | Chicago, IL 60601 |
| | Telephone: (312) 876-7899 |
| | michelle.novick@saul.com |
| | |
| | and |
| | |
| | Turner N. Falk (*admitted pro hac vice*) |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-8415 |
| | turner.falk@saul.com |
| | |
| | *Counsel to Plaintiff George L. Miller, as Chapter 7 Trustee* |