# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>        Plaintiff,<br><br>    v.<br><br>COMPLIANCEPATH, LTD,<br><br>        Defendant. | Adv. Proc. No. 25-50355 (KBO)<br><br><br>**Re: Adv. D.I. 14** |

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that, on October 27, 2025, I caused a copy of *Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* to be served via regular mail on the Defendant as set forth below.

> CompliancePath Ltd.
> c/o Incorp Services, Inc.
> 7288 Hanover Green Dr
> Mechanicsville, VA 23111

                                                **SAUL EWING LLP**

                                          By:*/s/ Evan T. Miller*
                                              Evan T. Miller (DE Bar No. 5364)
                                              Paige N. Topper (DE Bar No. 6470)
                                              1201 N. Market Street, Suite 2300
                                              Wilmington, DE 19801

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

56628566.1
393059-00001

                Telephone:  (302) 421-6800
                evan.miller@saul.com
                paige.topper@saul.com

                *Special Counsel to the Chapter 7 Trustee*

Dated: October 28, 2025