# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>COMPLIANCEPATH, LTD,<br><br>Defendant. | Adv. Proc. No. 25-50355 (KBO)<br><br><br>**Re: Adv. D.I. 14** |

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that, on November 13, 2025, I caused a copy of *Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* to be served via regular mail and certified mail on the Defendant at the addresses as set forth below.

| | |
|---|---|
| CompliancePath, Ltd.<br>c/o Officer, Director, Manager, or General Agent<br>13450 W Sunrise Blvd., Suite 150<br>Sunrise, FL 33323 – 2948 | CompliancePath, Ltd.<br>c/o Officer, Director, Manager, or General Agent<br>8164 Boss Street<br>Vienna, VA 22182 |
| CompliancePath, Ltd.<br>c/o Christos Moustakas, Vice President<br>601 California Street, Suite 615<br>San Francisco, CA 94108 | CompliancePath, Ltd.<br>Ideagen, Incorporated<br>c/o Officer, Director, Manager, or General Agent<br>P.O. Box 991<br>Blacksburg, VA 24063 |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone: (302) 421-6800
    evan.miller@saul.com
    paige.topper@saul.com

*Special Counsel to the Chapter 7 Trustee*

Dated: November 13, 2025