**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>COMPLIANCEPATH, LTD,<br><br>Defendant. | Adv. Pro. No. 25-50355 (KBO)<br><br>**Re: D.I. 14, 17, 18** |

**CERTIFICATION OF NO OBJECTION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7055**

The undersigned, counsel to George L. Miller, as chapter 7 trustee ("Plaintiff") for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC (collectively, the "Debtors"), hereby certifies as follows:

1. On September 12, 2025, the Plaintiff's *Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* [Adv. D.I. 14] (the "Motion") was filed with the Court and served on Defendant via its agent located in Mechanicsville, VA via certified mail. The Motion was returned from the post office as "Refused."

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

2. Responses to the Motion were required to have been filed with the Court and served on the undersigned so as to be received on or before September 26, 2025 (the "Objection Deadline").

3. On October 28, 2025, the undersigned counsel re-served the Motion via regular mail at the Mechanicsville, VA address [Adv. D.I. 17]. The Motion was again returned as "Return to Sender-Not at This Address."

4. On November 13, 2025, the undersigned counsel re-served the Motion via certified and regular mail on the following addresses [Adv. D.I. 18]:

- CompliancePath, Ltd. c/o Officer, Director, Manager, or General Agent, 13450 W Sunrise Blvd., Suite 150, Sunrise, FL 33323 – 2948
- CompliancePath, Ltd. c/o Officer, Director, Manager, or General Agent, 8164 Boss Street, Vienna, VA 22182
- CompliancePath, Ltd. c/o Christos Moustakas, Vice President, 601 California Street, Suite 615, San Francisco, CA 94108 (the "San Francisco Address")
- CompliancePath, Ltd. Ideagen, Incorporated c/o Officer, Director, Manager, or General Agent, P.O. Box 991, Blacksburg, VA 24063

5. Only the San Francisco address was returned as "Return to Sender-Vacant."

6. The Objection Deadline has now passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

7. Plaintiff has made every attempt to serve Defendant at proper, publicly known addresses of Defendant or its agent(s). Plaintiff submits that no further attempts are warranted and, accordingly, requests that the Motion be granted.

WHEREFORE, the undersigned counsel respectfully requests that judgment by default, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: December 17, 2025
Wilmington, Delaware

**SAUL EWING LLP**

*<u>/s/ Evan T. Miller</u>*

Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Michelle G. Novick (admitted pro hac vice)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Turner N. Falk (admitted pro hac vice)
1735 Market Street, Suite 3400
Philadelphia, PA 19103
Telephone: (215) 972-7777
turner.falk@saul.com

*Counsel to Plaintiff George L. Miller, as Chapter 7 Trustee*